| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James I. Stang (CA Bar No. 94435)<br>John W. Lucas (CA Bar No. 271038)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, Ca 90067<br>Tel/Fax: 310.277.6910 / 310.201.0760<br>Email: jstang@pszjlaw.com<br>           jlucas@pszjlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Christopher and Theresa Ruiz | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>MICHAEL EDWARD FAVREAU, aka FAVREAU'S CONSTRUCTION MANAGEMENT,<br><br>                                                    Debtor(s). | CASE NO.:          8:16-bk-12856-SC<br><br>ADVERSARY NO.: 8:16-ap-01229-SC<br><br>CHAPTER:           11 |
|---|---|
| CHRISTOPHER P. AND THERESA-KEANE RUIZ, and as Trustees of the Ruiz Family Trust, dated March 5, 2009,<br><br>                                                    Plaintiff(s).<br><br>vs.<br><br>MICHAEL EDWARD FAVREAU,<br><br>                                                    Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:          01/12/2017<br>TIME:           11:00 AM<br>COURTROOM: 5c<br>ADDRESS:      411 West Fourth Street<br>                         Santa Ana, CA |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE**:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☒ Yes   ☐ No
2. Have all parties filed and served answers to the Claims Documents?    ☒ Yes   ☐ No
3. Have all motions addressed to the Claims Documents been resolved?    ☒ Yes   ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?    ☒ Yes   ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                             Page 1                                           F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (*or on attached page*):

B. **READINESS FOR TRIAL:**

   1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | Approximately twelve months. | Unknown at this time. |

   2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | Defendant |
   |---|---|
   | The state court appellate process will not be concluded in less than four months. | The defendant has limited financial resources to allocate to his defense, and he will have to secure documents from a number of third party sources. |

   3. When do you expect to complete your discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | Assuming the Plaintiff's judgment is upheld on appeal, Plaintiff intends to proceed by summary judgment, which will obviate the need for discovery. | July 30, 2017, assuming no discovery disputes. |

   4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | No discovery contemplated at this time. However, if Plaintiff's judgment isn't upheld on appeal, Plaintiff might conduct discovery. | Interrogatories, requests for admission, several requests for production of documents and possibly two depositions |

C. **TRIAL TIME:**

   1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

   | Plaintiff | Defendant |
   |---|---|
   | Approximately two hours. Plaintiff expects verdict will be upheld on appeal. Plaintiff intends to move for summary judgment based on state court findings. | Unknown at this time. |

   2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   | Plaintiff | Defendant |
   |---|---|
   | Given the expectation to proceed by summary judgment, Plaintiff has not considered how many witnesses will be necessary. However, in the state court action, there were 24 witnesses. | Unknown at this time. |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 2                              F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Given the expectations to proceed by summary judgment, the number of exhibits is unknown at this time. | Unknown at this time. |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |
| To discuss the status or the resolution of the state court appeal, and whether Plaintiff will proceed by summary judgment. | To narrow the issues and resolve evidentiary issues. |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) 30 days after conclussion of appeal. | (date) _____ |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

   After filing of the adversary proceeding, the parties exchanged settlement offers. The parties have not been able to reach a settlement because they are too far apart on the terms acceptable to both sides.

2. Has this dispute been formally mediated?    ☒ Yes    ☒ No    (Defendant)
   If so, when?
   Plaintiff: During the pendency of the state court trial.
   Defendant: This inquiry is posed as this case. No mediation has been conducted in this adversary.

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                   Page 3                              F 7016-1.STATUS.REPORT

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

The pretrialconference should be scheduled approximately 30 days after the resolution of appeal. The appellate briefing schedule has not been set because the record has not been designated.

Insofar as this case is concerned, no judgment was entered in the California Superior Court. A judgment on appeal in California is not preclusive and in fact inadmissible. Harris v. Barnhart, 97 Cal. 546, 550 (1893) (It has been repeatedly held by this court that the operation of a final judgment is suspended by an appeal therfrom, and that pending such appeal the judgment is not admissible in another case as evidence even between the same parties.). Since the appeal referenced by the plaintiff will take years to resolve, the defendant reserves the right to move for summary judgment promptly in this Court, and to seek a trial in this Court prior to the resolution of the appeal. Accordingly, the defendant disagrees with the foregoing recommendation and would submit that this matter should be set over for another status conference.

Respectfully submitted,

Date: 1/5/2017

Pachulski Stang Ziehl & Jones LLP
Printed name of law firm

/s/ James I. Stang
Signature

James I. Stang
Printed name

Attorney for: Christopher and Theresa Ruiz

Date: 1/5/2017

Winthrop Couchot, P.C.
Printed name of law firm

*Sean A. O'Keefe*
Signature

Sean A. O'Keefe
Printed name

Attorney for: Michael E. Favreau

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 4    F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
150 California Street. 15th Floor San Francisco, CA 94111

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/05/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Garrick A Hollander    ghollander@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com; mconour@winthropcouchot.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/05/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court - Central District of California
Honorable Scott C. Clarkson
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/05/2017 | Oliver Carpio | /s/ Oliver Carpio |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.