1  James I. Stang (CA Bar No. 94435)
   John W. Lucas (CA Bar No. 271038)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, Ca  90067
   Tel/Fax: 310.277.6910 / 310.201.0760
4  Email:  jstang@pszjlaw.com
           jlucas@pszjlaw.com
5
   Attorneys for Christopher P. and Theresa Keane-Ruiz
6

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No.: 8:16-bk-12856-SC |
| MICHAEL EDWARD FAVREAU, aka FAVREAU'S CONSTRUCTION MANAGEMENT, | Jointly administered with |
| | Case No: 8:16-bk-12879-SC |
| Debtor, | Chapter 11 |
| FAVREAU'S CUSTOM WOODWORKING, INC., a California corporation, | |
| Debtor. | |
| CHRISTOPHER P. AND THERESA-KEANE RUIZ, and as Trustees of the Ruiz Family Trust, dated March 5, 2009, | Bankr. Adv. Proc. No.: 8:16-ap-01229-SC |
| | **STATUS REPORT** |
| Plaintiffs, | Date:   April 18, 2019 |
| v. | Time:   11:00 a.m. |
| MICHAEL EDWARD FAVREAU, | Place:  Courtroom 5 C |
| | 411 West Fourth Street |
| | Santa Ana, CA |
| Defendant. | Judge:  Scott C. Clarkson |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE AND PARTIES IN INTEREST:**

Christopher P. and Theresa-Kean Ruiz ("Plaintiffs"), along with the Michael E. Favreau, the defendant in the above-captioned adversary proceeding (the "Defendant"), hereby submit this status report.

1    Plaintiff, along with the consent of the above-captioned Defendant, respectfully requests the

2    Court to continue the status conference in this adversary proceeding to date that is approximately six

3    months after April 18, 2019.  The six month adjournment will allow Defendant time to prosecute or

4    otherwise dispose of his pending state court actions as contemplated by the plan and settlement with

5    Defendants.

6    Dated:    April 2, 2019                **PACHULSKI STANG ZIEHL & JONES LLP**

7

8                                            By:    */s/ John W. Lucas*
                                                    James I. Stang
9                                                   John W. Lucas

10                                                  Counsel for
                                                    Christopher P. and Theresa Keane-Ruiz
11

12                                           **WINTHROP COUCHOT
                                             GOLUBOW HOLLANDER LLP**
13

14                                           By:    */s/ Garrick A. Hollander*
                                                    Garrick A. Hollander
15
                                                    Counsel Michael E. Favreau
16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

-2-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  150 California Street, 15th Floor, San Francisco, CA 94111

A true and correct copy of the foregoing document entitled (*specify*):  **STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 2, 2019,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Garrick A Hollander    ghollander@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- Andrew B Levin    alevin@wcghlaw.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- James Stang    jstang@pszjlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **April 2, 2019,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Via U.S. Mail**
Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 2, 2019 | HUNG PHAN | /s/ Hung Phan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA